[pic]

 IN THE
 TENTH COURT OF APPEALS

 No. 10-13-00064-CV

Justin Stuffelbeam and Bryanne Stuffelbeam,
 Appellants
 v.

H. Bond Construction, Inc.,
 Appellee

 From the 361st District Court
 Brazos County, Texas
 Trial Court No. 07-00546-CV-361-A

 3ORDER

 This appeal was referred to mediation on April 4, 2013. The parties
were ordered to confer and attempt to agree upon a mediator. We have
received notice that the parties have been unable to agree upon a mediator.
 Accordingly, the Court assigns the Honorable Wanda Fowler as the mediator
for this proceeding. Her address and contact number are as follows:
 3 Riverway Suite 600
 Houston, TX 77056-1948
 (713) 572-4321

 All other provisions of the order referring the appeal to mediation,
dated April 4, 2013, remain in effect, including that the mediation must
occur within thirty days after the date of this Order assigning a mediator.

 PER CURIAM
Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Mediator assigned
Order issued and filed May 2, 2013